1

2
3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**
                    **WESTERN DISTRICT OF WASHINGTON**
9                              **AT SEATTLE**

10

11    DIANA D. DELANOY,                    CASE NO:  2:16-cv-01338-TSZ

12              Plaintiff,                 **STIPULATION TO CONTINUE EXPERT**
                                           **DISCLOSURE AND ORDER**
13         vs.
                                           [Fed. Rules Civ. Proc. 26(a)(2(D)(i)]
14    HAL NEDERLAND, N.V., HAL
      ANTILLEN N.V., HOLLAND AMERICA
15    LINE, INC., HOLLAND AMERICA LINE-
      USA, INC. and HOLLAND AMERICA
16    LINE N.V.,

17              Defendants.

18

19
              Plaintiff, DIANA D. DELANOY, and Defendants, HAL NEDERLAND, N.V., HAL
20
      ANTILLEN N.V., HOLLAND AMERICA LINE, INC., HOLLAND AMERICA LINE-USA,
21
      INC. and HOLLAND AMERICA LINE N.V., by and through their respective counsel, hereby
22
      stipulate as follows:
23

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
1420 5th Avenue, Suite 3358
Seattle, WA 98101
(206) 258-6311

1.    By court order, the expert disclosure was previously set for March 27, 2017;

2.    The deposition and defense medical exam of Plaintiff were set to be completed on March 20, 2017 and March 21, 2017, respectively;

3.    Plaintiff was recovering from surgery, and encountered a setback requiring further medical treatment, which prevented her from being able to complete her deposition or medical exam;

4.    The parties have agreed Plaintiff's deposition and defense medical exam will now take place on May 1, 2017 and May 2, 2017, respectively; and therefore

5.    The parties further agree that their expert disclosures will be exchanged on or before May 19, 2017.


**IT IS SO STIPULATED.**

Date:  April 20, 2017          KRAFT DAVIES, PLLC


By: s/ Robert M. Kraft
             Robert M. Kraft
             1001 Fourth Avenue, Suite 4131
             Seattle, WA 98154
             Telephone: (206) 624-8844
             Email: rmk@admiralty.com

             Attorneys for Plaintiff
             DIANA D. DELANOY

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
1420 5th Avenue, Suite 3358
Seattle, WA 98101
(206) 258-6311

1    Date: April 20, 2017          FLYNN, DELICH & WISE LLP

2

3                             By: *s/Lisa M. Conner*

                                   Lisa M. Conner WSBA #51257

4                                    Flynn, Delich & Wise LLP
                                   One World Trade Center, Suite 1800

5                                    Long Beach, CA 90831
                                   Telephone: (562) 435-2626

6                                    Email: lisac@fdw-law.com

7                                    Attorneys for Defendants HAL
                                   NEDERLAND, N.V., HAL ANTILLEN N.V.,

8                                    HOLLAND AMERICA LINE, INC.,
                                   HOLLAND AMERICA LINE-USA, INC.

9                                    and HOLLAND AMERICA LINE N.V.

10

11                   **IT IS SO ORDERED.**

12

13    Dated: April 21, 2017.

14

15

16                                    Thomas S. Zilly
                                   United States District Judge

17

18

19

20

21

22

23

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
1420 5th Avenue, Suite 3358
Seattle, WA 98101
(206) 258-6311