# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DIANA D. DELANOY,

    Plaintiff,

v.

HAL NEDERLAND, N.V., et al.,

    Defendants.

C16-1338 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue trial date, docket no. 17, is GRANTED as set forth herein.

| **JURY TRIAL DATE** | **March 12, 2018** |
|---|---|
| Disclosure of expert testimony | August 21, 2017 |
| Discovery motions filing deadline | October 12, 2017 |
| Discovery completion deadline | November 20, 2017 |
| Dispositive motions filing deadline | December 21, 2017 |
| Motions in limine filing deadline | February 8, 2018 |

MINUTE ORDER - 1

| Agreed pretrial order due | February 23, 2018 |
| --- | --- |
| Trial briefs, proposed voir dire questions, and jury instructions due | February 23, 2018 |
| Pretrial conference | March 2, 2018 at 2:00 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 12, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of May, 2017.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2